IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER DANIEL GAY,

    Plaintiff,

v.                                        CASE NO. 4:11cv315-SPM/WCS

CLERK OF COURT,
ORANGE COUNTY, FLORIDA,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 29, 2011 (doc. 3). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby

    ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

    2.    The clerk shall transfer this case to the United States District Court

for the Middle District of Florida, Orlando Division, for all further proceedings.

DONE AND ORDERED this 3rd day of August, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge